# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANIEL SMALL, CAROLYN SMALL, et al.,

        Plaintiffs,

vs.

UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,

        Defendant.

Case No.  2:13-cv-00298-MMD-GWF

**ORDER OF RECUSAL**

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

DATED this 16th day of May, 2013.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE