# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL SMALL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNIVERSITY MEDICAL CENTER OF ) <br> SOUTHERN NEVADA, ) <br> ) <br> Defendant. ) | Case No. 2:13-cv-00298-APG-PAL <br><br> **ORDER** <br><br> (Stipulated FLSA Notice - Dkt. #114) |

Before the court is the parties' Notice of Stipulated FLSA Notice and Consent to Join Form Filed Pursuant to the Court's June 14, 2013, Order [Dkt. #106] (Dkt. #114), which the district judge referred to the undersigned for review and consideration.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The parties' Stipulation (Dkt. #114) and Proposed Form of Order is **APPROVED** and **GRANTED**, and the parties shall comply with their obligations outlined in Judge Gordon's Order (Dkt. #106).

2. The Form of Notice attached as Exhibit "1" to the parties' Stipulation (Dkt. #114) is **APPROVED** and shall be circulated in accordance with the district judge's order.

Dated this 22nd day of July, 2013.

_____
Peggy A. Leen
United States Magistrate Judge