# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL SMALL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, <br><br> Defendant. | Case No. 2:13-cv-00298-APG-PAL <br><br> **ORDER** |

Before the court is the Joint Status Report (Dkt. #148) with the parties' Electronic Discovery Special Master Proposal. At a hearing on February 11, 2014 the court indicated that it would appoint a Special Master to assist the court and the parties to resolve the parties' multiple ESI discovery disputes at Defendant's expense . The court gave counsel an opportunity to meet and confer to agree on a mutually acceptable neutral. The joint status report indicates counsel met and conferred , vetted multiple candidates and ultimately agreed to each present one candidate for the court's consideration. Attorneys Daniel B. Garrie, and Karl Schieneman have been proposed and their curriculum vitae are attached. Both candidates are highly qualified licensed attorneys who have been certified as Special Masters in the Western District of Pennsylvania and are members of the Seventh Circuit's Special Master Pilot Project for Electronic Discovery. Mr Garrie is based in Seattle Washington, and Mr Schienenmen is based in Pittsburgh, Pennsylvania. Both have agreed to serve as a Special Master for the same hourly rate of $385 (exclusive of costs).

The court will appoint Mr Garrie, who is geographically located much closer to this forum. Additionally, Mr Garrie has experience in two of the specific software programs used by the Defendants involved in the parties' ESI discovery disputes.

/ / /

**IT IS ORDERED** that:

1. Mr Garrie is appointed to serve as a Special Master for Electronic Discovery at Defendants expense.

2. The court, counsel, the special master, and counsel's ESI experts shall appear for an informal meeting in Chambers, Room 3071, **March 10, 2014, at 10:30 a.m.** At the conference the court will address the scope of the Special Master's services, and make arrangements for payment for his services as well as the ESI disputes which have resulted in the order appointing a Special Master.

Dated this 27th day of February, 2014.

_____
Peggy A. Leen
United States Magistrate Judge