UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL SMALL, et al., | Case No. 2:13-cv-00298-APG-PAL |
| Plaintiffs, | ORDER |
| v. | |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | |
| Defendant. | |

This matter is before the court on the court's review of the Special Master's Order (Dkt #159) and invoice for services rendered in this matter.

On March 14, 2014, the court appointed Daniel Garrie as a Special Master in this matter to resolve the parties multiple ESI discovery disputes as outlined in their Joint Status Report (Dkt. #148). *See* Order (Dkt. #152). On April 8, 2014, Special Master Garrie served counsel for Plaintiffs and counsel for Defendant with a copy of his invoice for $85,158.76. Neither side has objected to the invoice, and the parties have exchanged a joint statement of non-objection which will be filed with the court. The Special Master has set a telephonic hearing on April 15, 2014, and additional in-court hearings or telephonic hearings with a court reporter present on April 22, 2014, and May 7, 2014, to complete his assigned duties. *See* Order (Dkt #159). The court will therefore require UMC to deposit additional funds to cover the invoice and ongoing future fees and costs.

Having reviewed and considered the matter,

**IT IS ORDERED** that UMC shall have until **April 28, 2014,** to deposit $100,000.00 with the Clerk of the Court, who shall place the funds in the Special Master's trust account pending authorized disbursement.

**IT IS FURTHER ORDERED** the Clerk of Court shall disburse $85,158.76 to Law & Forensics, Special Master Daniel Garrie, at the address in Order (Dkt # 152) as soon as the funds are deposited.

Dated this 14th day of April, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE