`

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL SMALL, *et al.*, | Case No. 2:13-cv-00298-APG-PAL |
| Plaintiffs, | ORDER |
| v. | (Amd. Stip ESI – Dkt. #158) |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | |
| Defendant. | |

Before the court is the parties' Amended Stipulated Electronically Stored Information Protocol (Dkt. #158), filed April 2, 2014.

The court conducted a hearing on March 10, 2014, wherein the preservation of ESI was discussed, and ordered the parties to take all steps necessary to preserve ESI potentially relevant to the parties' claims and defenses in this matter in full compliance with the litigation hold/preservation letters sent by Plaintiffs' counsel shortly after this lawsuit was filed.

Having conferred with Special Master Garrie the court is informed that that the proposed Stipulation (Dkt. #158) does not accurately reflect what was discussed and ordered during the hearing on March 10, 2014, and in subsequent discussions with the Special Master and is therefore being revised. As such,

**IT IS ORDERED** that the parties' Amended Stipulated Electronically Stored Information Protocol (Dkt. #158) is **NOT APPROVED** and is **DENIED**.

Dated this 10th day of April, 2014.

_____
Peggy A. Leen
United States Magistrate Judge