UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL SMALL, et al., | Case No. 2:13-cv-00298-APG-PAL |
| Plaintiffs, | ORDER |
| v. | |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | |
| Defendant. | |

This matter is before the court on the court's review of the Joint Statement of Acceptance of Special Master Daniel Garrie's Invoice Dated June 13, 2014. The court has considered the Joint Statement.

On March 14, 2014, the court appointed Daniel Garrie as a Special Master in this matter to resolve the parties multiple ESI discovery disputes as outlined in their Joint Status Report (Dkt. #148). *See* Order (Dkt. #152). On April 14, 2014, the court entered an Order (Dkt. #161) approving the Special Master's invoice for $85,158.76, ordering Defendant to deposit $100,000.00 with the Clerk of the Court, and directing the Clerk of the Court to disburse $85,158.76 to the Special Master. After disbursement, $39,842.87 remains in the Special Master's trust account.

On June 14, 2014, the Special Master served counsel for Plaintiff and counsel for Defendant with a copy of his invoice in the amount of $150,564.86 for his services from April 8, 2014, to June 12, 2014. The Special Master has agreed to deduct $12.99 from that invoice for certain travel expenses he incurred. Neither side objected to the invoice, and the parties filed the Joint Statement of Acceptance of the invoice on June 17, 2013. The Special Master has scheduled additional telephonic hearings and will be preparing a report making findings of fact

and conclusions of law concerning the scope of his appointment.

Having reviewed and considered the matter,

**IT IS ORDERED**:

1. Defendant shall have until **, July 10, 2014,** to deposit $150,000.00 with the Clerk of the Court, who shall place the funds in the Special Master's trust account pending authorized disbursement.

2. The Clerk of Court shall disburse $150,551.87 to Law & Forensics, Special Master Daniel Garrie, at the address in Order (Dkt. #152) as soon as the funds are deposited.

Dated this 25th day of June, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

- 2 -