1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DANIEL SMALL, *et al.*,

Plaintiffs,

v.

UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,

Defendants.

Case No. 2:13-cv-00298-APG-PAL

ORDER

13    There are two pending discovery motions on the court's docket relating to ESI and

14   discovery disputes, Plaintiffs' Motion for Sanctions (Dkt. #150) and Plaintiffs' Emergency

15   Motion and Request for a Status Conference (Dkt. #180).   Briefing on the first motion is

16   completed.  The defendants' response is not yet due on the second motion.

17    On March 3, 2014, the court entered a written Order (Dkt. #149) appointing Daniel

18   Garrie as a Special Master for electronic discovery in this case.   The Special Master has

19   conducted fourteen days of hearings between April 4, 2014, and July 25, 2014, with counsel, the

20   parties' representatives, and consultants.  In an Order (Dkt. #183) filed July 31, 2014, the Special

21   Master required the Plaintiffs and Defendants to provide detailed information described in the

22   order, set a briefing schedule for supplemental briefs extending the deadline to August  6, 2014,

23   and indicated that he would file his report and recommendation during the week of August 11,

24   2014.

25    The two pending motions are inextricably intertwined with the work that the Special

26   Master has been doing and continues to do.  While the Special Master has indicated that there are

27   issues that this court must resolve that are outside the scope of his appointment, the court will not

28   rule on these motions before the special master's report and recommendation is submitted.

1

1  Without the Special Master's report the court lacks the detailed information about  the parties'

2  ESI discovery issues which resulted in the Special Master's appointment.  Accordingly,

3  **IT IS ORDERED** that:

4  1.  Plaintiffs' motions (Dkt. ##150, 180) are **DENIED** without prejudice.

5  2.  When the Special Master's report and recommendation is received, the court will

6  enter an appropriate order or report and recommendation, and if appropriate, give the parties an

7  opportunity to address any remaining ESI or other discovery disputes.

8  DATED this 4th day of August, 2014.

9

10

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28