1

2

3

4                    UNITED STATES DISTRICT COURT

5                          DISTRICT OF NEVADA

6                                 * * *

7    DANIEL SMALL,                            Case No. 2:13-cv-00298-APG-PAL

8                              Plaintiff,             ORDER

9         v.

10   UNIVERSITY MEDICAL CENTER OF
     SOUTHERN NEVADA,
11
                               Defendant.
12

13        This matter is before the court on the court's review of Special Master Daniel Garrie's

14   invoice dated August 18, 2014.  The court has considered the Invoice.

15        On March 14, 2014, the court appointed Daniel Garrie as a Special Master in this matter

16   to resolve the parties multiple ESI discovery disputes as outlined in their Joint Status Report

17   (Dkt. #148).  *See* Order (Dkt. #152).  On June 26, 2014, the court entered an Order (Dkt. #175)

18   approving the Special Master's invoice dated June 13, 2014, for $150,551.87, ordering

19   Defendant University Medical Center of Southern Nevada to deposit $150,000.00 with the Clerk

20   of the Court, and directing the Clerk of the Court to disburse $150,551.87 to the Special Master.

21   On July 10, 2014, the court entered a Minute Order (Dkt. #177) directing the Clerk to accept

22   $150,564.86 because UMC erred in drafting the check.  The Clerk accepted the funds.  *See*

23   Certificate of Cash Deposit (Dkt. #178).  After disbursement on the June 13, 2014, invoice,

24   $39,858.53 remains in the Special Master's trust account.

25        On June 14, 2014, the Special Master submitted to the court and counsel for parties a

26   copy of his invoice in the amount of $169,962.19 for his services from July 12, 2014, to August

27   18, 2014.  On September 2, 2014, the parties filed a Joint Statement of Non-Objection to Special

28   Master Daniel Garrie's Invoice Dated August 18, 2014 (Dkt. #205).

1  Having reviewed and considered the matter,

2  **IT IS ORDERED**:

3  1.   Defendant shall have until **September 16, 2014,** to deposit $130,103.66 with the

4  Clerk of the Court, who shall place the funds in the Special Master's trust account

5  pending authorized disbursement.

6  2.  The Clerk of Court shall disburse $169,962.19 to Law & Forensics, Special Master

7  Daniel Garrie, at the address in Order (Dkt. #152) as soon as the funds are deposited.

8  Dated this 3rd day of September, 2014.

9

10  _____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -