# EXHIBIT E

Special Master's Hearing   May 1, 2014
\*\*\*Telephonic\*\*\*

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2                     DISTRICT OF NEVADA

 3

 4

 5    DANIEL SMALL, CAROLYN SMALL,    )
      WILLIAM CURTIN, DAVID COHEN,    )
 6    LANETTE LAWRENCE, and LOUISE    )
      COLLARD, Individually, and on   )
 7    Behalf of All Other Persons     )
      Similarly Situated,             )
 8                                    )
              Plaintiff,              )
 9                                    ) Case No.
                 vs.                  ) 2:13-cv-0298-APG-PAL
10                                    )
      UNIVERSITY MEDICAL CENTER OF    )
11    SOUTHERN NEVADA,                )
                                      )
12            Defendant.              )
      _____)
13

14     REPORTER'S TRANSCRIPT OF SPECIAL MASTER'S HEARING

15               HEARD TELEPHONICALLY BEFORE

16      SPECIAL MASTER PRESIDING, DANIEL GARRIE, ESQ.

17

                   Taken on Thursday, May 1, 2014
18
                         At   4:06 p.m.
19
             At Lewis Brisbois Bisgaard & Smith, LLP
20
                   6385 South Rainbow Boulevard
21
                           Suite 600
22
                        Las Vegas, Nevada
23

24

25    Reported By: Gale Salerno, RMR, CCR No. 542
```

CERTIFIED COPY

All-American Court Reporters (702) 240-4393
www.aacrlv.com

Special Master's Hearing   May 1, 2014
***Telephonic***

Page 2

```
 1    APPEARANCES:

 2    For the Plaintiffs:  (Present Telephonically)

 3             JON A. TOSTRUD, ESQUIRE
               ANTHONY CARTER, ESQUIRE
 4             Tostrud Law Group
               1925 Century Park East, Suite 2125
 5             Los Angeles, California  90067
               (310) 278-2600
 6             jtostrud@tostrudlaw.com

 7
               MARC L. GODINO, ESQUIRE
 8             Glancy Binkow & Goldberg, LLP
               1925 Century Park East, Suite 2100
 9             Los Angeles, California  90067
               (310) 201-9105
10             mgodino@glancylaw.com

11

12    For the Defendant:

13             CAYLA J. WITTY, ESQUIRE
               MARGARET G. FOLEY, ESQUIRE
14             Lewis Brisbois Bisgaard & Smith, LLP
               6385 South Rainbow Boulevard, Suite 600
15             Las Vegas, Nevada  89118
               (702) 893-3383
16             cayla.witty@lewisbrisbois.com

17
      Also Present:  (Present Telephonically)
18
               DOUGLAS E. FORREST, ESQUIRE, ILS
19             MR. JOSEPH EDMONDSON

20

21                     EXHIBITS

22    Hearing                                          Page

23    Exhibit 1      E-Mail from Doug Forrest dated    57
                     April 30, 2014, RE:  UMC
24                   Deadline

25
```

```
 1    hour and done.
 2            Let's go off the record.  Strike the last
 3    comment.
 4            (A discussion was held off the record.)
 5            SPECIAL MASTER GARRIE:  Mr. Espinoza, I'm
 6    not going to reorder him to appear, because I have
 7    had everything answered.
 8            I do request that there will be two points
 9    of additional clarification to his affidavit that was
10    submitted.  But I'm going to deny the request to have
11    Mr. Espinoza added.
12            I am going to still order Ms. Panzeri to
13    appear unless it's -- unless it's materially
14    disruptive to the operations of UMC for her to take
15    an hour out of her day, and then we'll conduct
16    another separate hearing at a later date and time.
17            Counsel for UMC, please let me know by end
18    of business Friday if it will truly be that
19    disruptive.
20            MS. FOLEY:  Understood.
21            SPECIAL MASTER GARRIE:  I would certainly
22    like to avoid having to -- and there are additional
23    questions I have, as Counsel Witty pointed out.  But
24    my specific questions revolve around the collection
25    effort, how she was involved, when she found notice
```

Special Master's Hearing   May 1, 2014
***Telephonic***

Page 51

```
 1   of preservation, who provided it to her, what's
 2   available to her, and I would like to hear directly
 3   from her, given that she is one of the key custodians
 4   involved.
 5           I'm not looking to take more than 45
 6   minutes of her time.  Okay?
 7           MS. FOLEY:  Understood.
 8           SPECIAL MASTER GARRIE:  If it's disruptive,
 9   we'll figure out a different way to do it.
10           Okay, confidentiality of ESI productions.
11           Counsel for UMC, your turn.
12           MS. WITTY:  So with regard to topic number
13   two on the suggested agenda -- and this is something
14   that we might want to address on a larger scale.  The
15   ESI -- the amended ESI protocol proposed order at
16   this point, because I don't believe it's been signed,
17   there are two issues.  One, is this topic on the
18   agenda, confidentiality.
19           Per the ESI order, the items that would be
20   marked confidential should be burned into the image
21   with a confidential stamp.
22           However, in review of the ESI productions,
23   the vast majority, if not all of these e-mails,
24   contain information relating to individual employees,
25   nonparty employees, business plan management, other
```

Special Master's Hearing   May 1, 2014
***Telephonic***

Page 89

```
 1                REPORTER'S CERTIFICATION
 2
 3            I, GALE SALERNO, a certified court
 4   reporter and notary public within and for the State
 5   of Nevada, do hereby certify that I reported in
 6   shorthand the proceedings in the above-entitled
 7   matter at the time and place indicated, and that
 8   thereafter said shorthand notes were transcribed into
 9   typewriting at and under my direction, and the
10   foregoing transcript constitutes a full, true, and
11   accurate record of the proceedings.
12            IN WITNESS WHEREOF, I have hereunto
13   set my hand this 4th day of May, 2014.
14
15
16                           _____
17                           GALE SALERNO, RMR, CCR No. 542
18
19
20
21
22
23
24
25
```