# EXHIBIT F

**EXHIBIT F: SAMPLING OF EXTENSIONS GIVEN TO UMC DURING SPECIAL MASTER PROCESS**

| date/source | relevant excerpts/description | Citation |
|---|---|---|
| 4/22/14 transcript | MS. WITTY: If you can give me a short extension for the next custodian.<br><br>SPECIAL MASTER GARRIE: Yes, because I believe the file type will save you substantial time and resources. We will have –<br><br>MS. WITTY: We can do three days.<br><br>SPECIAL MASTER GARRIE: I will give -- we're going to do just -- here's what we're going to do: We have a hearing we just scheduled for next Wednesday from 4:00 to 6:00.<br><br>MS. FOLEY: Telephone, uh-huh.<br><br>SPECIAL MASTER GARRIE: Telephone. Between now and then, I want, if possible, two custodians to be produced. If not possible, try your best, document the issues, and we will discuss it. But I expect, de minimis, one more custodian to be produced. | 234:14-25; 235:1-4 |
| 5/1/14 transcript | SPECIAL MASTER GARRIE: I'm going to grant UMC's request to have an additional day to have conversations with the CFO and the current director of risk management. And they will provide to me in writing a further explanation clarifying the process as well within the next day. I will make a Special Master ruling over the weekend as to whether or not to order the CFO to appear at the hearing on May 6th, largely because I'm still seeking the individual who may or may not have been involved in the implementing of the litigation hold process within UMC. | 87:17-25; 88:1-3 |
| 5/6/14 transcript | SPECIAL MASTER GARRIE: [A]ll that remains before we get to it is Mr. Schaibley, your master declaration. What date did we set for that?<br><br>MR. SCHAIBLEY: Next Friday.<br><br>SPECIAL MASTER GARRIE: I'm going to give you a little extension, because I was looking at how much you've given us, and how much remains. I'm going to give you until the 26th. | 248:8-15 |
| July 18, 2014 email chain | e-mail chain including Daniel Garrie; Margaret Foley: Ms. Foley explains reasons for delays in document production; Special Master Garrie grants Defendant an extension to complete document production | attached hereto |
| July 30, 2014 email chain | e-mail chain including Daniel Garrie; Margaret Foley; Jon Tostrud: Ms. Foley requests additional time to prepare a letter re document production, inspection, and indexing issues; Plaintiffs object to defendant's extension request; Special Master Garrie grants Defendant's extension request | attached hereto |



Anthony Carter <acarter@tostrudlaw.com>

## RE: FW: UMC/Small: document inspection
1 message

**Daniel Garrie** <daniel@lawandforensics.com>   Fri, Jul 18, 2014 at 4:23 PM
To: "Foley, Margaret" <Margaret.Foley@lewisbrisbois.com>, Jon Tostrud <jtostrud@tostrudlaw.com>
Cc: "Witty, Cayla" <Cayla.Witty@lewisbrisbois.com>, "Freeman, Robert" <Robert.Freeman@lewisbrisbois.com>, mgodino@glancylaw.com, Anthony Carter <acarter@tostrudlaw.com>, "David O'Mara, Esq." <david@omaralaw.net>, Kara Wolke <kwolke@glancylaw.com>, "Ginapp, Kristol" <Kristol.Ginapp@lewisbrisbois.com>, "Adams, Michelle" <Michelle.Adams@lewisbrisbois.com>, "Thayer, Lisa" <Lisa.Thayer@lewisbrisbois.com>, "Freeman, Kristen" <Kristen.Freeman@lewisbrisbois.com>, bruce@pixleyforensics.com, Doug Forrest <dforrest@ilsteam.com>

Counsel for UMC,

Thanks for the clarification. I am granting an extension until Friday, July 25 to comply.

Special Master Garrie

**From:** Foley, Margaret [mailto:Margaret.Foley@lewisbrisbois.com]
**Sent:** Friday, July 18, 2014 7:18 PM
**To:** 'Daniel Garrie '; 'Jon Tostrud'
**Cc:** Witty, Cayla; Freeman, Robert; mgodino@glancylaw.com; 'Anthony Carter'; 'David O'Mara, Esq.'; 'Kara Wolke'; Ginapp, Kristol; Adams, Michelle; Thayer, Lisa; Freeman, Kristen; bruce@pixleyforensics.com; 'Doug Forrest'
**Subject:** RE: FW: UMC/Small: document inspection

I expect to be able to provide a status on Monday. There are a LOT of documents, and for many institutional and logistical reasons, UMC cannot change from inspection to production to inspection again very quickly. Thank you for your patience.



Anthony Carter <acarter@tostrudlaw.com>

## RE: Small v. UMC: document inspection, production, and indexing

**Daniel Garrie** <daniel@lawandforensics.com>   Wed, Jul 30, 2014 at 10:26 AM
To: Jon Tostrud <jtostrud@tostrudlaw.com>
Cc: "Foley, Margaret" <Margaret.Foley@lewisbrisbois.com>, mgodino@glancylaw.com, "Witty, Cayla" <Cayla.Witty@lewisbrisbois.com>, Kara Wolke <kwolke@glancylaw.com>, mmann@lawandforensics.com, "'Sid Rao, Special Counsel" <sidrao@lawandforensics.com>, Anthony Carter <acarter@tostrudlaw.com>, daniel@lawandforensics.com

Counsel –

I have considered Plaintiffs' and Defendant UMC's position to same. I am going to grant UMC extension.

Special Master Garrie

**From:** Jon Tostrud [mailto:jtostrud@tostrudlaw.com]
**Sent:** Wednesday, July 30, 2014 10:49 AM
**To:** Daniel Garrie
**Cc:** Foley, Margaret; <mgodino@glancylaw.com>; Witty, Cayla; Kara Wolke; <mmann@lawandforensics.com>; 'Sid Rao, Special Counsel; Anthony Carter; jtostrud@tostrudlaw.com
**Subject:** Re: Small v. UMC: document inspection, production, and indexing

Special Master Garrie:

Plaintiffs do object to a further extension. This process has taken far too long because of UMC's disorganization and misconduct in the discovery process. Counsel Foley has repeatedly asserted that her position is clear and supported by the record -- she should share her position immediately and in compliance with your prior order.

The document production at UMC should have been organized and completed last week when Plaintiffs' Counsel notified Counsel Foley that we would be on site. UMC should not benefit from its failures to be prepared for the hard copy review.

Further Counsel Foley indicated that UMC has 5 lawyers and multiple legal assistants working on this matter. In light of UMC's assertions that it wants this process completed as soon as possible, Plaintiffs find it very surprising that UMC is seeking additional extensions.

For the above reasons, Plaintiffs request that you deny UMC's request for an extension of the hard copy index letter submission.


Regards,

Counsel Tostrud

Sent from my iPhone

On Jul 30, 2014, at 7:21 AM, "Daniel Garrie " <daniel@lawandforensics.com> wrote:

> Counsel for Plaintiff –
>
> Do you have any objection?
>
> Special Master Garrie
>
> ---
>
> **From:** Foley, Margaret [mailto:Margaret.Foley@lewisbrisbois.com]
> **Sent:** Wednesday, July 30, 2014 5:44 AM
> **To:** 'Daniel Garrie '
> **Cc:** mgodino@glancylaw.com; 'Jon Tostrud'; Witty, Cayla; 'Kara Wolke'; mmann@lawandforensics.com; "Sid Rao, Special Counsel"; Anthony Carter (acarter@tostrudlaw.com)
> **Subject:** RE: Small v. UMC: document inspection, production, and indexing
>
> Special Master Garrie:
>
> Counsel for UMC respectfully requests additional time to prepare its three-page letter brief on the document production, inspection, and indexing issues, as a result of events today necessitating counsel's unanticipated presence and work on-site at UMC to facilitate document inspection.
>
> As ordered Friday, UMC's letter brief is due this morning at 2 p.m., with Plaintiffs' responding letter brief due on Friday at 2 p.m.
>
> UMC requests a short amount of additional time for UMC's letter brief to be prepared, until 8 a.m. Thursday morning. If this proposed extension is acceptable, UMC would not object to an equivalent extension for Plaintiffs' counsel to submit their letter brief by 8 a.m. Saturday morning.

Thank you for considering this request in view of the circumstances that arose Tuesday.

Counsel Foley



**Margaret G. Foley**
**Partner**
Margaret.Foley@lewisbrisbois.com

**6385 South Rainbow Blvd., Suite 600**
**Las Vegas, NV 89118**

T: 702.693.4366  F: 702.893.3789

LewisBrisbois.com



**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.