# EXHIBIT I

DOCUMENT PLACEHOLDER

Exhibit I

[filed under seal]