# EXHIBIT J

DOCUMENT PLACEHOLDER

Exhibit J

[filed under seal]