# EXHIBIT K

**Claudette Myers**

| | |
|---|---|
| From: | Cindy Dwyer on behalf of Brian Brannman |
| Sent: | Monday, April 15, 2013 8:14 AM |
| To: | Patient Service Leaders |
| Subject: | Department of Labor Requests for Information |
| Categories: | DOL |

As discussed in Patient Service Leader meeting, UMC continues to respond to requests for information from the Department of Labor and attorneys representing employees who have filed a complaint regarding meal and rest break claims and overtime claims. As we work through these complaints I want to remind you of our obligation to preserve documents that may relate to this issue. Please make sure that you do not destroy any emails, staffing schedules, correspondence, meeting minutes or any other related documents. If you have a question regarding how relative a document might be, please contact Human Resources.

*Brian Brannman, CEO*

1

UMC100004