# EXHIBIT M

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Fax: 702.893.3789
www.lewisbrisbois.com

**CAYLA WITTY**
DIRECT DIAL: 702.693.4387
CAYLA.WITTY@LEWISBRISBOIS.COM

January 31, 2014

File No.
32352.16

JON A. TOSTRUD, ESQ.
ANTHONY CARTER, ESQ.
TOSTURD LAW GROUP
1925 Century Parkway East, Suite 2125
Los Angeles, California 90067

MARC L. GODINO. ESQ.
KEVIN F. RUF, ESQ.
KARA M. WOLKE, ESQ.
1925 Century Park East, Suite 2100
Los Angeles, California 90067

Re:   Small v. UMC, Case No. 2:13-cv-00298-APG-PAL
      Text Message Data Production
      Pursuant to Court's Order from January 22, 2014

Dear Counsel:

Please find enclosed a CD-R disc production of Excel files containing the text message data extracted from UMC-issued Blackberry devices of custodians Brian Brannman, John Espinoza, and James Mumford. This constitutes all of the text message information contained on the devices.

Thank you for your time and attention to this matter.

Very truly yours,

/s/ Cayla Witty

Cayla Witty for
LEWIS BRISBOIS BISGAARD & SMITH LLP

CW

cc:   Plaintiffs' Local Counsel (email only)

ATLANTA • BEAUMONT • BOSTON • CHARLESTON • CHICAGO • DALLAS • DENVER • FORT LAUDERDALE • HOUSTON • LA QUINTA • LAFAYETTE • LAS VEGAS • LOS ANGELES • MADISON COUNTY
NEW ORLEANS • NEW YORK • NEWARK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • SEATTLE • TAMPA • TEMECULA • TUCSON

4815-2420-7128.1