# EXHIBIT O

# Kara Wolke

| | |
|---|---|
| **From:** | Witty, Cayla <Cayla.Witty@lewisbrisbois.com> |
| **Sent:** | Tuesday, September 09, 2014 9:49 AM |
| **To:** | J Tostrud; Foley, Margaret |
| **Cc:** | Freeman, Robert; Anthony Carter; Kara Wolke; David O'Mara, Esq.; Marc L. Godino; Doug Forrest; Bruce Pixley (bruce@pixleyforensics.com) |
| **Subject:** | RE: UMC -- Special Master Order dated 8-11-14 |

Counsel Tostrud,

UMC is working with all due diligence to accomplish production of any relevant information from the databases identified by both parties and the database application systems GRASP, Clarity, Teletracking, and CrimeStar. Unfortunately, the Special Master's deadlines were arbitrary and unrealistic to accomplish these productions. UMC looks forward to continuing to work with Plaintiffs and their ESI consultants to coordinate production in an efficient and effective manner in accordance with the Second Amended ESI Protocol Order.

If you have any specific concerns, please do not hesitate to contact me. I am available at most any time this week to talk.

Cayla*



**Cayla Witty**
Attorney
Cayla.Witty@lewisbrisbois.com
**6385 South Rainbow Blvd., Suite 600**
**Las Vegas, NV 89118**
T: 702.693.4387  F: 702.893.3789



**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Jon Tostrud [mailto:jtostrud@tostrudlaw.com]
**Sent:** Monday, September 08, 2014 10:55 AM
**To:** Witty, Cayla; Foley, Margaret
**Cc:** Freeman, Robert; Anthony Carter; Kara Wolke; David O'Mara, Esq.; Marc L. Godino, Esq.; Jon Tostrud; Doug Forrest; Bruce Pixley (bruce@pixleyforensics.com)
**Subject:** UMC -- Special Master Order dated 8-11-14

Counsel Foley and Counsel Witty:

Special Master Garrie's order (Dkt. 185) dated August 11, 2014 and filed August 13, 2014 identified several deadlines for compliance. Would you please provide confirmation that UMC has not produced the information in accordance with the dates set out by this Order?

1

As a reminder, UMC was ordered to:

1. No later than August 29, 2014, collect, search and produce all responsive ESI contained in all databases identified by Plaintiffs and UMC;

2. On or before September 3, 2014, UMC is to produce all responsive ESI for each of the timekeeping systems to Plaintiffs in accordance with the ESI Protocol.

Plaintiffs request a response from UMC no later than Tuesday (tomorrow) morning at 10am.

Sincerely,
Counsel Tostrud


--
Jon A. Tostrud, Esq.
TOSTRUD LAW GROUP, P.C.
1925 Century Park East
Suite 2125
Los Angeles, CA 90067

Ph: 310-278-2600
Fax: 310-278-2640
jtostrud@tostrudlaw.com


Notice: This communication may contain material that is confidential, privileged and/or attorney work product or exempt from disclosure under applicable law. It is for the sole use of the intended recipient. If you have received this in error, or are not the named recipient, please immediately notify the sender and delete this from your computer and all copies thereof. Also, this message does not create an attorney-client relationship; does not constitute legal advice and should not be relied upon for any purpose without named recipient's hard copy signed verification by sender. We do not accept service of process via e-mail. Nothing herein is or is intended to be an electronic signature under any law.

2