# EXHIBIT S

# Rayo Antonio

| | |
|---|---|
| **From:** | Witty, Cayla <Cayla.Witty@lewisbrisbois.com> |
| **Sent:** | Wednesday, September 03, 2014 4:03 PM |
| **To:** | J Tostrud; Foley, Margaret |
| **Cc:** | Anthony Carter; Freeman, Robert; Kara Wolke; Rayo Antonio; Marc L. Godino; David O'Mara, Esq.; Freeman, Kristen; Thayer, Lisa |
| **Subject:** | RE: UMC -- Departmental Indices and COR's |
| **Attachments:** | Boulder QC wk1.pdf; HIM wk1.pdf; Rancho wk1.pdf; Social Services wk1.pdf; Transplant wk1.pdf |

Counsel Tostrud:

In response to your requests below, please find attached custodian of record declarations for Boulder Quick Care, Health Information Management, Rancho Quick Care, Social Services, and Transplant Services form the first week production. For the Patient Accounting and Spring Valley Quick Care COR declarations as well as indices and COR declarations for the second week production, we hope to provide those all by this Friday. We will be in touch either way as an update to you.

As for your assertion that we have failed to comply with an order to produce information in certain fashions, we ask that you not jump to accusatory and immovable positions. With regard to the format of the indices and COR declarations, we should engage in meet and confer on these topics. UMC asks this as there are very distinct reasons that prevent the specific formats that Plaintiffs point out are allegedly deficient in the indices and COR declarations. Please advise if you are available tomorrow afternoon, Friday, or perhaps Monday to discuss these logistical issues.

With the mention of contacting Special Master Garrie, UMC must point out that the Special Master has entered his Report and Recommendation and is no longer in a role to review discovery disputes. Again, we note that there are substantive reasons for the alterations from the previous forms circulated, and we should meet and confer on this topic before rushing to judicial intervention.

Thank you for your time and attention to these issues.

Cayla*



**Cayla Witty**
Attorney
Cayla.Witty@lewisbrisbois.com

**6385 South Rainbow Blvd., Suite 600**
**Las Vegas, NV 89118**

**T: 702.693.4387  F: 702.893.3789**

LewisBrisbois.com 

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error,

you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Jon Tostrud [mailto:jtostrud@tostrudlaw.com]
**Sent:** Wednesday, September 03, 2014 7:16 AM
**To:** Witty, Cayla; Foley, Margaret
**Cc:** Anthony Carter; Freeman, Robert; Kara Wolke; Rayo Antonio; Marc L. Godino, Esq.; Jon Tostrud; David O'Mara, Esq.
**Subject:** UMC -- Departmental Indices and COR's

Counsel Witty:

I am in receipt of the latest disk containing departmental documents, as well as your cover letter accompanying the disk. First, Plaintiffs have not received the indices and COR's associated with these disks. Please provide an update on when those will be produced?

Second, and with respect to the indices and COR's accompanying the first production of departmental documents, UMC failed to comply with Special Master Garrie's order on indices and COR declarations.

With respect to the indices, UMC has not provided the information with a breakdown by opt-in.

With respect to the COR declaration, there is no chart identifying the categories of documents included in the production.

Plaintffs trust that UMC will immediately correct these errors. If UMC does not intend to comply with Special Master Garrie's order on these issues, please advise Plaintiffs no later than close of business today and we will contact Special Master Garrie.

I am free to discuss these issues should you have any questions or seek clarification.

Regards,
Jon


--
Jon A. Tostrud, Esq.
TOSTRUD LAW GROUP, P.C.
1925 Century Park East
Suite 2125
Los Angeles, CA 90067

Ph: 310-278-2600
Fax: 310-278-2640
jtostrud@tostrudlaw.com


Notice: This communication may contain material that is confidential, privileged and/or attorney work product or exempt from disclosure under applicable law. It is for the sole use of the intended recipient. If you have received this in error, or are not the named recipient, please immediately notify the sender and delete this from your computer and all copies thereof. Also, this message does not create an attorney-client relationship; does not constitute legal advice and should not be relied upon for any purpose without named recipient's hard copy signed verification by sender. We do not accept service of process via e-mail. Nothing herein is or is intended to be an electronic signature under any law.