# EXHIBIT U

## Kara Wolke

| | |
|---|---|
| **From:** | Witty, Cayla <Cayla.Witty@lewisbrisbois.com> |
| **Sent:** | Wednesday, July 02, 2014 10:28 AM |
| **To:** | daniel@lawandforensics.com; mmann@lawandforensics.com; J Tostrud; Marc L. Godino; Kara Wolke; Anthony Carter (acarter@tostrudlaw.com); david@omaralaw.net; Bruce Pixley (bruce@pixleyforensics.com) (bruce@pixleyforensics.com); Doug Forrest (dforrest@ilsteam.com) |
| **Cc:** | Freeman, Robert; Foley, Margaret; Thayer, Lisa; Freeman, Kristen; 'Joseph Edmondson' |
| **Subject:** | Small v. UMC: Q Drive sub-folder path list |
| **Attachments:** | Full_SubFolder_Paths.zip |

All:

Please find attached a zip file containing html lists for the Q Drive sub-folder paths for each of the high-level folders from the Q-FolderPath Access.xlsx document.

Please let us know if you have any trouble with these files.

Thank you.
Cayla*



**Cayla Witty**
**Attorney**
Cayla.Witty@lewisbrisbois.com

**6385 South Rainbow Blvd., Suite 600**
**Las Vegas, NV 89118**

T: 702.693.4387  F: 702.893.3789



**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

| Name | Type | Size | Compressed | Ratio | Date modified |
|---|---|---|---|---|---|
| Q_Application_AdminPolicy.html | Firefox HTML Docum… | 1 KB | No | 4 KB 74% | 7/1/2014 2:06 PM |
| Q_Application_FMLA.html | Firefox HTML Docum… | 1 KB | No | 3 KB 72% | 7/1/2014 2:09 PM |
| Q_Application_Kronos Staff Scheduling.html | Firefox HTML Docum… | 2 KB | No | 11 KB 86% | 7/1/2014 2:25 PM |
| Q_Application_Sigma4.html | Firefox HTML Docum… | 2 KB | No | 9 KB 87% | 7/1/2014 2:26 PM |
| Q_Archive_Administration.html | Firefox HTML Docum… | 29 KB | No | 519 KB 95% | 7/1/2014 2:28 PM |
| Q_Archive_Payroll.html | Firefox HTML Docum… | 1 KB | No | 3 KB 74% | 7/1/2014 2:30 PM |
| Q_Department_Administration.html | Firefox HTML Docum… | 59 KB | No | 966 KB 94% | 7/1/2014 2:33 PM |
| Q_Department_Admitting.html | Firefox HTML Docum… | 85 KB | No | 1,695 KB 96% | 7/1/2014 2:38 PM |
| Q_Department_Budget and Financial Planning.ht… | Firefox HTML Docum… | 49 KB | No | 613 KB 93% | 7/1/2014 2:40 PM |
| Q_Department_HR.html | Firefox HTML Docum… | 405 KB | No | 5,457 KB 93% | 7/1/2014 2:54 PM |
| Q_Department_Payroll.html | Firefox HTML Docum… | 39 KB | No | 555 KB 93% | 7/1/2014 2:56 PM |
| Q_InterDepartment_Admin-Payroll.html | Firefox HTML Docum… | 1 KB | No | 5 KB 80% | 7/1/2014 2:56 PM |
| Q_InterDepartment_Associates Training.html | Firefox HTML Docum… | 2 KB | No | 6 KB 83% | 7/1/2014 2:59 PM |
| Q_InterDepartment_Board Presentation.html | Firefox HTML Docum… | 1 KB | No | 4 KB 76% | 7/1/2014 3:00 PM |
| Q_InterDepartment_Budget & Finance.html | Firefox HTML Docum… | 9 KB | No | 159 KB 95% | 7/1/2014 3:01 PM |
| Q_InterDepartment_Employed Providers.html | Firefox HTML Docum… | 2 KB | No | 5 KB 79% | 7/1/2014 3:02 PM |
| Q_InterDepartment_Enterprise Employee Health P… | Firefox HTML Docum… | 1 KB | No | 3 KB 72% | 7/1/2014 3:02 PM |
| Q_InterDepartment_Financial Planning & Analysi… | Firefox HTML Docum… | 3 KB | No | 20 KB 87% | 7/1/2014 3:03 PM |
| Q_InterDepartment_Hospital Census.html | Firefox HTML Docum… | 2 KB | No | 8 KB 85% | 7/1/2014 3:03 PM |
| Q_InterDepartment_HR-Analyst.html | Firefox HTML Docum… | 1 KB | No | 3 KB 71% | 7/1/2014 3:04 PM |
| Q_InterDepartment_Managed Care - PAS-Admitti… | Firefox HTML Docum… | 2 KB | No | 10 KB 87% | 7/1/2014 3:04 PM |
| Q_InterDepartment_NeoNatology Charge Sheets.… | Firefox HTML Docum… | 1 KB | No | 3 KB 72% | 7/1/2014 3:05 PM |
| Q_InterDepartment_New Hire Orientation.html | Firefox HTML Docum… | 2 KB | No | 6 KB 80% | 7/1/2014 3:05 PM |
| Q_InterDepartment_Organizational Development.… | Firefox HTML Docum… | 79 KB | No | 2,224 KB 97% | 7/1/2014 3:09 PM |
| Q_InterDepartment_Patient Service Leaders.html | Firefox HTML Docum… | 5 KB | No | 68 KB 95% | 7/1/2014 3:11 PM |
| Q_InterDepartment_Transplant Auth-ID.html | Firefox HTML Docum… | 1 KB | No | 4 KB 75% | 7/1/2014 3:12 PM |
| Q_InterDepartment-IS_Security.html | Firefox HTML Docum… | 76 KB | No | 1,933 KB 97% | 7/1/2014 3:20 PM |
| Q_Legacy Applications_Timecare.html | Firefox HTML Docum… | 1 KB | No | 7 KB 85% | 7/1/2014 3:12 PM |