ROBERT W. FREEMAN
Nevada Bar No. 3062
MARGARET G. FOLEY
Nevada Bar No. 7703
CAYLA WITTY
Nevada Bar No. 12897
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*University Medical Center of Southern Nevada*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| DANIEL SMALL, CAROLYN SMALL. WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE, and LOUISE COLLARD, Individually, and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA;<br><br>Defendant. | CASE NO. 2-13-cv-0298-APG - PAL<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF DEFENDANT'S OBJECTION TO THE REPORT AND RECOMMENDATION AND FINAL FINDINGS OF FACT AND CONCLUSION OF LAW OF SPECIAL MASTER DANIEL B. GARRIE** |

COMES NOW Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA ("Defendant" or "UMC"), by and through its attorneys, Robert W. Freeman, Esq., Margaret G. Foley, Esq., and Cayla Witty, Esq., and Lewis Brisbois Bisgaard & Smith LLP, and hereby respectfully move this Court for leave to file a Reply in Support of the Objection (Dkt. No. 207, the "Objection") filed by UMC to the Findings of Fact and Conclusions of Law of Special Master Daniel B. Garrie (Dkt. No. 189, the "R&R"). This Motion is made pursuant to LR IA 3-1, which provides that the Court may "waive any of these rules if the interests of justice so require."

Neither the Federal Rules of Civil Procedure nor the Local Rules for the District of Nevada appear to specifically provide, as a right, for the filing of a response or a reply to a

4811-9452-9054.1

response to a party's objection to a Special Master's final report and recommendation. Fed.R.Civ.P. 53(f) governs objecting to a Special Master's order, but it does not specifically set forth procedures for responding to any such objection, or for replying to any such response. Local Rule IB 3-1, meanwhile, provides for the filing of an opposition to an objection to a magistrate judge's order, but it does not specifically include objections to a special master's order.

As this Court granted Plaintiffs' request for leave to file a Response to UMC's Objection to Special Master Garrie's R&R (Doc. No. 211), UMC respectfully requests the same leave of this Court to file a Reply in support of its Objection. UMC respectfully submits that such leave to file a Reply in support of UMC's Objection to the R&R is justified and necessary in the interests of justice so it may show this Court that Plaintiffs' Response fails to achieve its goal of defending an R&R that itself is factually and legally unsound, but which calls for sanctions that would effectively end this case before reaching its merits.

Accordingly, Defendant respectfully request leave to file, not later than fourteen (14) days after the filing of Plaintiffs' Response to Defendant's Objection (or September 26, 2014), a Reply of not more than 40 pages in length.[1]

DATED this 26th day of September, 2014.

LEWIS BRISBOIS BISGAARD & SMITH LLP

Robert W. Freeman, Esq.
Nevada Bar No. 3062
Margaret G. Foley, Esq.
Nevada Bar No. 7703
Cayla Witty, Esq.
Nevada Bar No. 12897
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendant
University Medical Center of Southern Nevada*

**IT IS SO ORDERED this 2nd day of October, 2014.**

Peggy A. Leen
United States Magistrate Judge

---

[1] Local Rule 7-4 provided that "unless otherwise ordered by the Court," pre-trial briefs shall be limited to 30 pages. UMC respectfully submits that more than 30 pages are necessary, and hereby requests leave to file a Reply of no more than 40 pages. UMC makes this request concurrently with its request to extend Local Rule 7-4's page limitation of 30 pages.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of September, 2014, I electronically filed the **DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF DEFENDANT'S OBJECTION TO THE REPORT AND RECOMMENDATION AND FINAL FINDINGS OF FACT AND CONCLUSION OF LAW OF SPECIAL MASTER DANIEL B. GARRIE** with the Clerk of the Court through Case Management/Electronic Filing System.

| | |
|---|---|
| DAVID C. O'MARA, ESQ.<br>WILLIAM M. O'MARA, ESQ.<br>THE O'MARA LAW FIRM. P.C.<br>311 East Liberty Street<br>Reno, Nevada 89501<br>Phone: 775-323-1321<br>Fax:  775-323-4082<br>Email: david@omaralaw.net<br>Email: bill@omaralaw.net<br>Counsel for Plaintiffs | MARC L. GODINO. ESQ. (pro hac)<br>KEVIN F. RUF, ESQ. (pro hac)<br>KARA M. WOLKE, ESQ. (pro hac)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Phone: 310-201-9105<br>Fax: 310-201-9160<br>Email: mgodino@glancylaw.com<br>Email: kevinuff@glancylaw.com<br>Email: kwolke@glancylaw.com<br>Counsel for Plaintiffs |
| JON A. TOSTRUD, ESQ. (pro hac)<br>ANTHONY CARTER, ESQ. (pro hac)<br>TOSTURD LAW GROUP<br>1925 Century Parkway East, Suite 2125<br>Los Angeles, California 90067<br>Phone: 310-278-2600<br>Fax: 310-278-2640<br>Email: jtostrud@tostrudlaw.com<br>Email: acarter@tostrudlaw.com<br>Counsel for Plaintiffs | Daniel Garrie, Esq.<br>6506 3rd Avenue, Suite C<br>Seattle, WA 98117<br>*Special Master* |

By /s/ [signature]
An employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP