UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL SMALL, | Case No. 2:13-cv-00298-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | |
| Defendant. | |

This matter is before the court on the court's review of Special Master Daniel Garrie's invoice dated July 16, 2014. The court has considered the Invoice.

On March 14, 2014, the court appointed Daniel Garrie as a Special Master in this matter to resolve the parties multiple ESI discovery disputes as outlined in their Joint Status Report (Dkt. #148). *See* Order (Dkt. #152). On June 26, 2014, the court entered an Order (Dkt. #175) approving the Special Master's invoice dated June 13, 2014, for $150,551.87, ordering Defendant University Medical Center of Southern Nevada to deposit $150,000.00 with the Clerk of the Court, and directing the Clerk of the Court to disburse $150,551.87 to the Special Master. On July 10, 2014, the court entered a Minute Order (Dkt. #177) directing the Clerk to accept $150,564.86 because UMC erred in drafting the check. The Clerk accepted the funds. *See* Certificate of Cash Deposit (Dkt. #178). After disbursement on the June 13, 2014, invoice, $39,858.53 remains in the Special Master's trust account.

On June 14, 2014, the Special Master submitted to the court and counsel for parties a copy of his invoice in the amount of $169,962.19 for his services from July 12, 2014, to August 18, 2014. On September 2, 2014, the parties filed a Joint Statement of Non-Objection to Special Master Daniel Garrie's Invoice Dated August 18, 2014 (Dkt. #205). The court entered an Order

(Dkt. #208) directing UMC to deposit $130,103.66 with the Clerk of Court and directing the Clerk to disburse $169,962.19 to the Special Master. After disbursement, $2.30 remains in the Special Master's trust account.

On October 16, 2014, the Special Master submitted a copy of his invoice in the amount of $75,539.50 for his services from June 13, 2014, through July 11, 2014, to the court.

Having reviewed and considered the matter,

**IT IS ORDERED**:

1. Defendant shall have until **November 26, 2014,** to deposit $75,538.00 with the Clerk of the Court, who shall place the funds in the Special Master's trust account pending authorized disbursement.
2. The Clerk of Court shall disburse $75,539.50 to Law & Forensics, Special Master Daniel Garrie, at the address in Order (Dkt. #152) as soon as the funds are deposited.

Dated this 12th day of November, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE