THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA, SBN 8599
311 E. Liberty Street
Reno, Nevada 89501
Telephone: (775)323-1321
Facsimile: (775)323-4082
E-mail: info@omaralaw.net

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL SMALL, CAROLYN SMALL, WILLIAM CURTAIN, DAVID COHEN, LANETTE LAWRENCE, and LOUISE COLLARD Individually, and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>Defendant | Case No. 2:13-cv-00298-APG-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO THE MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the above-captioned Plaintiffs (collectively, "Plaintiffs") and Defendant University Medical Center of Southern Nevada ("Defendant"), by and through their respective counsel, that the deadline for Plaintiffs to file a response to Defendant's Motion for Partial Summary

…

…

…

300539.1 UNIVERSITY

Judgment (See Docket No. 234) in this action shall be extended to Tuesday, February 17, 2015.

Dated: January 30, 2015                    THE O'MARA LAW FIRM, P.C.

By: /s/ *David C. O'Mara*
DAVID C. O'MARA
Nevada Bar No. 8599
311 E. Liberty Street
Reno, Nevada 89501
*Attorneys for Plaintiff*

Dated: January 30, 2015                    LEWIS BRISBOIS BISGARRD & SMITH

By: /s/ *Robert W. Freeman*
ROBERT W. FREEMAN
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED: February 2, 2015

_____
United States District Court Judge