ROBERT W. FREEMAN
Nevada Bar No. 3062
E-mail: robert.freeman@lewisbrisbois.com
MARGARET G. FOLEY
Nevada Bar No. 7703
E-mail: margaret.foley@lewisbrisbois.com
CAYLA WITTY
Nevada Bar No. 12897
E-mail: cayla.witty@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*University Medical Center of Southern Nevada*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| DANIEL SMALL, CAROLYN SMALL. WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE, and LOUISE COLLARD, Individually, and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA;<br><br>Defendant. | CASE NO. 2-13-cv-0298-APG –PAL<br><br>**STIPULATION AND ORDER AS TO DEFENDANT UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA'S WITHDRAWAL OF PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT** |

COMES NOW Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA ("Defendant" or "UMC"), by and through its attorneys, Robert W. Freeman, Esq., Margaret G. Foley, Esq., and Cayla Witty, Esq., and Lewis Brisbois Bisgaard & Smith LLP, and hereby stipulates and agrees to withdraw its pending motion for partial summary judgment [Dkt. # 234] upon the fulfillment of the conditions stated in the next paragraph.

This stipulation to withdraw UMC's motion for partial summary judgment is expressly conditioned upon Plaintiffs' preparation, circulation, and filing of a stipulation to amend their

4817-3260-5474.1

1  complaint from the currently-operative First Amended Complaint to the as-yet-invalid Second
2  Amended Complaint [Dkt. # 237] filed without leave of court and without leave of UMC.
3     IT IS SO STIPULATED.

| LEWIS BRISBOIS BISGAARD & SMITH LLP | GLANCY BINKOW & GOLDBERG LLP |
|---|---|
| By: /s/ *Margaret G. Foley* | By: /s/ *Jon A. Tostrud* |
| Robert W. Freeman, Esq.<br>Margaret G. Foley, Esq.<br>Cayla Witty, Esq.<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Telephone: (702) 693-4387<br>Facsimile: (702) 893-3789 | Marc L. Godino, Esq. (admitted *pro hac vice*)<br>Kevin F. Ruf, Esq. (admitted *pro hac vice*)<br>Kara M. Wolke, Esq. (admitted *pro hac vice*)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-916 |
| *Attorneys For Defendant* | |

TOSTRUD LAW GROUP, P.C.
Jon A. Tostrud, Esq. (admitted *pro hac vice*)
Anthony M. Carter, Esq. (admitted *pro hac vice*)
1925 Century Park East, Suite 2125
Los Angeles, California 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640

THE O'MARA LAW FIRM, P.C.
David C. O'Mara, Esq.
William M. O'Mara, Esq.
311 E. Liberty Street
Reno, Nevada 89501
Telephone: 775-323-1321
Facsimile: 775-323-4082

*Co-Counsel For Plaintiffs*

**ORDER**

IT IS SO ORDERED.

Dated: March 4, 2015.

_____
UNITED STATES DISTRICT JUDGE