GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy (admitted *pro hac vice*)
Marc L. Godino (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California  90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:  mgodino@glancylaw.com

TOSTRUD LAW GROUP, P.C.
Jon A. Tostrud, Esq. (admitted *pro hac vice*)
Anthony M. Carter, Esq. (admitted *pro hac vice*)
1925 Century Park East, Suite 2125
Los Angeles, California  90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
Email:  jtostrud@tostrudlaw.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL SMALL, CAROLYN SMALL, WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE, and LOUISE COLLARD, Individually, and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>Defendant. | Case No.:  2:13-cv-00298-APG-PAL<br><br>**JOINT STIPULATION ON THE FILING OF PLAINTIFFS' SECOND AMENDED COMPLAINT** |

**WHEREAS**, on January 14, 2015, Defendant University Medical Center of Southern Nevada ("Defendant") filed a Motion for Partial Summary Judgment ("Motion");

**WHEREAS**, in response to Defendant's Motion, Plaintiffs filed a Second Amended Complaint on February 17, 2015;

**WHEREAS**, Defendant does not oppose the filing of Plaintiffs' Second Amended Complaint.

**IT IS AGREED** therefore, the parties through their undersigned counsel, now stipulate to the following:

1. UMC does not object to Plaintiffs' filing of their proposed Second Amended Complaint.

2. UMC hereby gives its written consent for Plaintiffs to amend their complaint pursuant to FRCP 15(a)(2).

DATED: March 3, 2015

| LEWIS BRISBOIS BISGAARD & SMITH LLP | GLANCY BINKOW & GOLDBERG LLP |
|---|---|
| By: /s/ *Margaret G. Foley* | By: /s/ *Jon A. Tostrud* |
| Robert W. Freeman, Esq. | Marc L. Godino, Esq. (admitted *pro hac vice*) |
| Margaret G. Foley, Esq. | Kevin F. Ruf, Esq. (admitted *pro hac vice*) |
| Cayla Witty, Esq. | Kara M. Wolke, Esq. (admitted *pro hac vice*) |
| 6385 S. Rainbow Boulevard, Suite 600 | 1925 Century Park East, Suite 2100 |
| Las Vegas, Nevada 89118 | Los Angeles, California 90067 |
| Telephone: (702) 693-4387 | Telephone: (310) 201-9150 |
| Facsimile: (702) 893-3789 | Facsimile: (310) 201-916 |

*Attorneys For Defendant*

TOSTRUD LAW GROUP, P.C.
Jon A. Tostrud, Esq. (admitted *pro hac vice*)
Anthony M. Carter, Esq. (admitted *pro hac vice*)
1925 Century Park East, Suite 2125
Los Angeles, California 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640

THE O'MARA LAW FIRM, P.C.
David C. O'Mara, Esq.
William M. O'Mara, Esq.
311 E. Liberty Street
Reno, Nevada 89501
Telephone: 775-323-1321
Facsimile: 775-323-4082

*Co-Counsel For Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

Dated: March 4, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE