ROBERT W. FREEMAN
Nevada Bar No. 3062
MARGARET G. FOLEY
Nevada Bar No. 7703
CAYLA J. WITTY
Nevada Bar No. 12897
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendant
    University Medical Center of Southern
    Nevada

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| DANIEL SMALL, CAROLYN SMALL. WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE, and LOUISE COLLARD, Individually, and on Behalf of All Other Persons Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA;<br><br>                    Defendant. | CASE NO. 2-13-cv-0298-APG - PAL<br><br>**STIPULATION TO STAY DISCOVERY PENDING MAGISTRATE JUDGE LEEN'S DECISION ON DEFENDANT'S OBJECTION TO SPECIAL MASTER REPORT AND RECOMMENDATION** |

Plaintiffs DANIEL SMALL, CAROLYN SMALL, WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE, and LOUISE COLLARD (hereinafter collectively referred to herein as "Plaintiffs") and Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA (hereinafter referred to as "Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

On August 18, 2014, Special Master Daniel Garrie filed his Report and Recommendation and Findings of Fact and Conclusions of Law regarding electronic discovery issues in this matter. *See* Dkt. No. 189.

4816-3909-6868.1

1   On September 2, 2014, Defendant filed its Objection to Special Master Garrie's Report and
2 Recommendation. *See Dkt. No. 207.*
3   The Court heard argument on Defendant's Objection approximately seven months ago, on
4 October 21, 2014, and took this matter under advisement. *See Dkt. No. 228.* The Court has not yet
5 issued its written order.
6   Following the parties unsuccessful attempt to resolve this litigation through mediation, on
7 April 22, 2015, Defendant served written discovery requests on 102 opt-in plaintiffs.
8   The Special Master Report and Recommendation recommends certain dispositive
9 sanctions which will impact the scope and needs of discovery in this matter.
10   Therefore, the parties hereby stipulate and agree that all discovery in this matter should be
11 stayed pending a decision by Magistrate Judge Leen on Defendant's Objection to Special Master
12 Report and Recommendation [Dkt. No. 207]. This stipulation is made pursuant to LR 7-1. Good
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

cause exists for such a stay as the pending Objection touches on dispositive issues. *See Data Disc., Inc. v. Sys. Tech. Assoc., Inc.*, 557 F.2d 1280, 1285 (9th Cir. 1977) (concerning the courts' broad discretion to stay discovery pending disposition of dispositive filings).

IT IS SO STIPULATED:

DATED: May 22, 2015

| LEWIS BRISBOIS BISGAARD & SMITH LLP | GLANCY PRONGAY & MURRAY LLP |
|---|---|
| By: /s/ Robert W. Freeman<br>Robert W. Freeman, Esq.<br>Margaret G. Foley, Esq.<br>Cayla Witty, Esq.<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Telephone: (702) 863-3383<br>Facsimile: (702) 893-3789<br>*Attorneys For Defendant* | By: /s/ Marc L. Godino<br>Marc L. Godino, Esq. (admitted *pro hac vice*)<br>Kevin F. Ruf, Esq. (admitted *pro hac vice*)<br>Kara M. Wolke, Esq. (admitted *pro hac vice*)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160 |
| | TOSTRUD LAW GROUP, P.C.<br>Jon A. Tostrud, Esq. (admitted *pro hac vice*)<br>Anthony M. Carter, Esq. (admitted *pro hac vice*)<br>1925 Century Park East, Suite 2125<br>Los Angeles, California 90067<br>Telephone: (310) 278-2600<br>Facsimile: (310) 278-2640 |
| | THE O'MARA LAW FIRM, P.C.<br>David C. O'Mara, Esq.<br>William M. O'Mara, Esq.<br>311 E. Liberty Street<br>Reno, Nevada 89501<br>Telephone: 775-323-1321<br>Facsimile: 775-323-4082<br>*Co-Counsel to Plaintiffs* |

## ORDER

Upon stipulation of the aforementioned parties, and good cause appearing,

**IT IS HEREBY ORDERED** that discovery in this action be stayed, pending resolution of Defendant's Objection to the Special Master Report and Recommendation [Dkt. No. 207].

DATED this 2nd day of June, 2015.

U.S. MAGISTRATE JUDGE

4816-3909-6868.1                             3