THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA, SBN 8599
311 E. Liberty Street
Reno, Nevada 89501
Telephone: (775)323-1321
Facsimile: (775)323-4082
E-mail: info@omaralaw.net

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL SMALL, CAROLYN SMALL, WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE and LOUISE COLLARD, Individual and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a political subdivision of Clark County, State of Nevada, CLARK COUNTY, a political subdivision of the State of Nevada, and JOHN ESPINOZA, an individual,<br><br>Defendants. | Case No.: 2-13-cv-0298-APG-PAL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION DISMISS** |

 IT IS HEREBY STIPULATED AND AGREED by plaintiffs Daniel Small, Carolyn Small, William Curtin, David Cohen, Lanette Lawrence, and Louise Collard (collectively "Plaintiffs") and defendants University Medical Center of Southern Nevada and John Espinoza ("Defendants"), through their respective counsel, as follows:

326328.1 UNIVERSITY

1  WHEREAS, on February 22, 2016, defendant University Medical Center of Southern Nevada filed its motion to dismiss Plaintiffs' third amended class action complaint ("Motion");

2  WHEREAS, on March 2, 2016, defendant John Espinoza filed a joinder to the Motion which included arguments that further elaborated on those set forth in the Motion;

3  WHEREAS, counsel for Defendants and Plaintiffs have met and conferred and agreed to the briefing schedule for the Motion.

## STIPULATION

NOW, THEREFORE, the Parties, through their respective counsel of record, hereby respectfully stipulate and request as follows:

IT IS STIPULATED, BY AND BETWEEN THE PARTIES, AS FOLLOWS:

1. The Opposition to the Motion shall be filed no later than March 23, 2016; and

2. The Reply to the Motion shall be filed no later than April 6, 2016;

IT IS SO STIPULATED.

Dated: March 7, 2016                THE O'MARA LAW FIRM, P.C.

**SO ORDERED.**                     By: /s/ *David C. O'Mara*
                                        David C. O'Mara
_____
UNITED STATES DISTRICT JUDGE        311 E. Liberty Street
Dated: March 9, 2016.               Reno, Nevada 89501
                                    Telephone: (775)323-1321
                                    Facsimile: (775)323-4082

                                    *Attorneys for Plaintiffs*

Dated: March 7, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Margaret Foley*
Margaret Foley

6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 863-3383
Facsimile: (702) 893-3789

*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Andrew P. Gordon
United States District Court Judge