ROBERT W. FREEMAN
Nevada Bar No. 3062
DANIELLE C. MILLER
Nevada Bar No. 9127
CAYLA WITTY
Nevada Bar No. 12897
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
University Medical Center of Southern
Nevada and John Espinoza

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| DANIEL SMALL, CAROLYN SMALL. WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE, and LOUISE COLLARD, Individually, and on Behalf of All Other Persons Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; a political subdivision of Clark County, State of Nevada, CLARK COUNTY, a political subdivision of the State of Nevada, and JOHN ESPINOZA, an individual. <br><br> Defendants. | CASE NO. 2-13-cv-0298-APG - PAL <br><br> **STIPULATION AND** | **ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED BETWEEN Plaintiffs DANIEL SMALL,

CAROLYN SMALL, WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE, and

LOUISE COLLARD, and Defendants UNIVERSITY MEDICAL CENTER OF SOUTHERN

NEVADA and JOHN ESPINOZA, through their respective counsel, as follows:

/ / /

/ / /

4812-8582-8151.1

1      Plaintiffs filed their Fourth Amended Class Action Complaint on August 25, 2016, in

2 accordance with the Court's Order, ECF # 267.

3      Defendants' responsive pleading is currently due September 14, 2016.

4      Counsel for the Parties have met and conferred regarding an agreed extension of the

5 briefing schedule for Defendants' responsive pleading and following filings.

6      THEREFORE, the Parties hereby respectfully stipulate and request the following briefing

7 schedule:

8     1.  Defendants shall file their responsive pleading to Plaintiffs' Fourth Amended Class

9        Action Complaint no later than Monday, October 10, 2016;

10     2.  Plaintiffs shall file their opposition to the responsive pleading no later than Wednesday,

11        November 9, 2016; and

12 / / /

13 / / /

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1        3.  Defendants shall file their reply no later than Wednesday, November 23, 2016.

2      IT IS SO STIPULATED.

DATED this 1st day of September, 2016.

*/s/ David C. O'Mara*
_____
David C. O'Mara, Esq.
Nevada Bar No. 8599
William M. O'Mara, Esq.
Nevada Bar No. 837
THE O'MARA LAW FIRM. P.C.
311 East Liberty Street
Reno, Nevada 89501

Marc L. Godino, Esq. (pro hac vice)
Kevin F. Ruf, Esq. (pro hac vice)
Kara M. Wolke, Esq. (pro hac vice)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067

Jon A. Tostrud, Esq. (pro hac vice)
Anthony Carter, Esq. (pro hac vice)
TOSTRUD LAW GROUP
1925 Century Parkway East, Suite 2125
Los Angeles, California 90067

Andrew L. Rempfer, Esq.
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Dr., Suite 200
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs*

DATED this 1st day of September, 2016.

*/s/ Cayla Witty*
_____
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Danielle C. Miller, Esq.
Nevada Bar No. 9127
Cayla Witty, Esq.
Nevada Bar No. 12897
LEWIS BRISBOIS BISGAARD
& SMITH LLP
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendants*
*University Medical Center of Southern Nevada*
*And John Espinoza*

IT IS SO ORDERED.

     Dated:  September 2, 2016.

_____
U.S. DISTRICT COURT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4812-8582-8151.1                                    3