ROBERT W. FREEMAN
Nevada Bar No. 3062
DANIELLE C. MILLER
Nevada Bar No. 9127
CAYLA WITTY
Nevada Bar No. 12897
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
University Medical Center of Southern
Nevada and John Espinoza

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DANIEL SMALL, CAROLYN SMALL, WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE, and LOUISE COLLARD, Individually, and on Behalf of All Other Persons Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; a political subdivision of Clark County, State of Nevada, CLARK COUNTY, a political subdivision of the State of Nevada, and JOHN ESPINOZA, an individual, <br><br> Defendants. | CASE NO. 2-13-cv-0298-APG - PAL <br><br> **DEFENDANTS UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA AND JOHN ESPINOZA'S MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** |

Defendants University Medical Center of Southern Nevada and John Espinoza ("Defendants"), by and through their attorney of record Robert W. Freeman, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby request that Margaret G. Foley, Esq. be removed from the list of counsel to be noticed.

/ / /

/ / /

/ / /



4838-9445-7144.1

Margaret G. Foley, Esq. is no longer with Lewis Brisbois Bisgaard & Smith, LLP. Given the appearance of the attorney on behalf of the Defendants, no party will be prejudiced by the counsel's withdrawal.

DATED this 6th day of September, 2016.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
ROBERT W. FREEMAN
Nevada Bar No. 3062
DANIELLE C. MILLER
Nevada Bar No. 9127
CAYLA WITTY
Nevada Bar No. 12897
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants
University Medical Center of Southern Nevada
and John Espinoza

IT IS SO ORDERED this 9th day of September, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 6th day of September, 2016, I served a true and correct copy of the foregoing **DEFENDANTS UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA AND JOHN ESPINOZA'S MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** by depositing a copy of same in the United States Mail at Las Vegas, Nevada postage fully prepaid, addressed to:

| | |
|---|---|
| DAVID C. O'MARA, ESQ.<br>THE O'MARA LAW FIRM. P.C.<br>311 East Liberty Street<br>Reno, Nevada 89501<br>Phone: 775-323-1321<br>Fax:  775-323-4082<br>Email: david@omaralaw.net<br>Email: bill@omaralaw.net<br>*Counsel for Plaintiffs* | MARC L. GODINO. ESQ. (pro hac)<br>KEVIN F. RUF, ESQ. (pro hac)<br>KARA M. WOLKE, ESQ. (pro hac)<br>GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Phone: 310-201-9105<br>Fax: 310-201-9160<br>Email: mgodino@glancylaw.com<br>Email: kevinuff@glancylaw.com<br>Email: kwolke@glancylaw.com<br>*Counsel for Plaintiffs* |
| JON A. TOSTRUD, ESQ. (pro hac)<br>ANTHONY CARTER, ESQ. (pro hac)<br>TOSTURD LAW GROUP<br>1925 Century Parkway East, Suite 2125<br>Los Angeles, California 90067<br>Phone: 310-278-2600<br>Fax: 310-278-2640<br>Email: jtostrud@tostrudlaw.com<br>Email: acarter@tostrudlaw.com<br>*Counsel for Plaintiffs* | ANDREW L. REMPFER, ESQ.<br>LAW OFFICES OF STEVEN J. PARSONS<br>7201 W. Lake Mead Blvd., Suite 108<br>Las Vegas, Nevada 89128<br>Phone: 702-384-9900<br>Fax:  702-384-5900<br>Email: andrew@sjplawyer.com<br>*Counsel for Plaintiffs* |

By _____
An employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4838-9445-7144.1

3