GLANCY PRONGAY & MURRAY LLP
Marc L. Godino (admitted *pro hac vice*)
Kara M. Wolke (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

*Attorneys for Plaintiffs*

LEWIS BRISBOIS BISGAARD & SMITH LLP
Robert W. Freeman (Nevada Bar No. 003062)
Danielle C. Miller (Nevada Bar No. 009127)
6385 . Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
robert.freeman@lewisbrisbois.com
danielle.miller@lewisbrisbois.com

*Attorneys for Defendants*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL SMALL, CAROLYN SMALL, WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE and LOUISE COLLARD, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a political subdivision of Clark County, State of Nevada, CLARK COUNTY, a political subdivision of the State of Nevada, and JOHN ESPINOZA, an individual,<br><br>Defendants. | CASE NO. 2-13-cv-00298-APG-PAL<br><br>**JOINT STIPULATION REGARDING ADMISSIBILITY OF DEPOSITION TESTIMONY AND EXHIBITS FROM THE MATTER OF LEE v. UMC, CASE No. 2:14-cv-00328-JCM-CWH**<br><br>Date Action Filed: July 27, 2012<br>Trial Date: TBD |

Counsel for Plaintiffs and Counsel for Defendants hereby stipulate that:

The parties to this action, by and through their counsel, stipulate and agree that the prior deposition testimony of John Espinoza, Doug spring, Jackie Panzeri, Shaunda Phillips and James Mumford from the *Lee v. UMC* matter (Case No. 2:14-cv-00328-

0

JCM-CWH) may be used in this matter for any purpose, as long as such deposition testimony is otherwise admissible under the rules of evidence that would apply if the deponent were testifying live in Court.

Respectfully submitted this 13th day of July, 2018.

| GLANCY PRONGAY & MURRAY LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Marc L. Godino | By: /s/ Danielle C. Miller |
| Marc L. Godino (admitted *pro hac vice*) | Danielle C. Miller (Nevada Bar No. 009127) |
| Kara M. Wolke (admitted *pro hac vice*) | Robert W. Freeman (Nevada Bar No. 003062) |
| 1925 Century Park East, Suite 2100 | 6385 Rainbow Boulevard, Suite 600 |
| Los Angeles, California 90067 | Las Vegas, Nevada 89118 |
| Telephone: (310) 201-9150 | Telephone: (702) 893-3383 |
| Facsimile: (310) 201-9160 | Facsimile: (702) 893-3789 |
| Email: info@glancylaw.com | Email: robert.freeman@lewisbrisbois.com |
| | Email: danielle.miller@lewisbrisbois.com |
| | *Attorneys for Defendants* |

TOSTRUD LAW GROUP, P.C.
Jon A.Tostrud  (admitted *pro hac vice*)
Anthony M. Carter (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
Email: jtostrud@tostrudlaw.com
Email: acarter@tostrudlaw.com


THE O'MARA LAW FIRM, P.C.
David C. O'Mara (NV Bar #8599)
311 E. Liberty Street
Reno, Nevada 89501
Telephone: (775) 323-1321
Facsimile: (775) 323-4082
Email: david@omaralaw.net

1

409062.1 UNIVERSITY

REMPFER MOTT LUNDY, PLLC
Joseph Mott, Esq.
10091 Park Run Dr., Ste. 200
Las Vegas, NV 89145-8868
Telephone: (702) 825-5303
Facsimile: (702) 825-4413
Email: andrew@rmllegal.com

*Co-Counsel to Plaintiffs*

    IT IS SO ORDERED.

DATED: __July 18, 2018__

                                          The Hon. Peggy A. Leen
                                          United States Magistrate Judge

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On July 13, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the District of Nevada, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 13, 2018, at Los Angeles, California.

*s/ Marc L. Godino*
Marc L. Godino

# Mailing Information for a Case 2:13-cv-00298-APG-PAL Small et al v. University Medical Center of Southern Nevada

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Anthony M. Carter**
  acarter@tostrudlaw.com

- **Robert W Freeman , Jr**
  robert.freeman@lewisbrisbois.com,kristen.freeman@lewisbrisbois.com,keltic73@msn.com

- **Lionel Z. Glancy**
  INFO@GLANCYLAW.COM,lglancy@glancylaw.com

- **Marc L. Godino**
  mgodino@glancylaw.com,marc-godino-1414@ecf.pacerpro.com

- **Danielle Miller**
  danielle.miller@lewisbrisbois.com,tiffany.dube@lewisbrisbois.com,pamela.january@lewisbrisbois.com

- **Joseph Nathan Mott**
  joey@rmllegal.com,scott@rmllegal.com,erica@sjplawyer.com,candice@sjplawyer.com

- **William M. O'Mara**
  bill@omaralaw.net,val@omaralaw.net,david@omaralaw.net

- **David C OMara**
  david@omaralaw.net,val@omaralaw.net,bsnyder@omaralaw.net

- **Joseph M. Ortuno**
  jortuno@edbernstein.com

- **Andrew L Rempfer**
  andrew@rmllegal.com,scott@rmllegal.com,info@rmllegal.com,joey@rmllegal.com,erica@sjplawyer.com,candice@sjplawyer.com

- **Kevin F. Ruf**
  kevinruf@gmail.com

- **Jon A Tostrud**
  jtostrud@tostrudlaw.com,mvogl@tostrudlaw.com,acarter@tostrudlaw.com

- **Cayla Witty**
  caylawitty@gmail.com,heidi.davis@lewisbrisbois.com,pamela.january@lewisbrisbois.com

- **Kara M Wolke**
  kwolke@glancylaw.com,kara-wolke-0535@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Daniel Garrie
6506 3rd Avenue
Suite C
Seattle, WA 98117

Raymond            B. Walton
```

```
3381 Violet Lantern
Dana Point, CA 92629
```