ROBERT W. FREEMAN
Nevada Bar No. 3062
DANIELLE C. MILLER
Nevada Bar No. 9127
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
University Medical Center of Southern
Nevada and John Espinoza

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DANIEL SMALL, CAROLYN SMALL. WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE, and LOUISE COLLARD, Individually, and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; a political subdivision of Clark County, State of Nevada, CLARK COUNTY, a political subdivision of the State of Nevada, and JOHN ESPINOZA, an individual.<br><br>Defendants. | CASE NO. 2-13-cv-0298-APG - PAL<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED AND AGREED BETWEEN Plaintiffs DANIEL SMALL, CAROLYN SMALL, WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE, and LOUISE COLLARD, and Defendants UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA and JOHN ESPINOZA (collectively referred to as "the Parties") by and through their respective counsel, as follows:

On October 24, 2018, Defendants filed their Motion for Summary Judgment (ECF No. 332) and Motion for Decertification of Colletive Action (ECF No. 333). A Response to

4848-4612-9273.1

1  Defendants' Motion for Summary Judgment is due on November 14, 2018 and a Response to
2  Defendants' Motion for Decertification is due on November 7, 2018.
3       On October 24, 2018, Plaintiffs filed their Motion for Partial Summary Judgment (ECF
4  No. 343). A Response to Plaintiffs' Motion for Partial Summary Judgment is due on November
5  14, 2018.
6       Counsel for the Parties have met and conferred regarding an agreed extension of the
7  briefing schedule for the Parties' Responses.
8       THEREFORE, the Parties hereby respectfully stipulate and request the following briefing
9  schedule:
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

1. Plaintiffs and Defendants shall file their Responses no later than Tuesday, December 4, 2018.

IT IS SO STIPULATED.

| DATED this 29th day of October, 2018. | DATED this 29th day of October, 2018. |
|---|---|
| *Jon Tostrud* | *Danielle C. Miller* |
| Jon A. Tostrud, Esq. (pro hac vice) | Robert W. Freeman, Esq. |
| Anthony Carter, Esq. (pro hac vice) | Nevada Bar No. 3062 |
| TOSTRUD LAW GROUP | Danielle C. Miller, Esq. |
| 1925 Century Parkway East, Suite 2125 | Nevada Bar No. 9127 |
| Los Angeles, California 90067 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| Marc L. Godino, Esq. (pro hac vice) | 6385 S. Rainbow Blvd, Suite 600 |
| Kevin F. Ruf, Esq. (pro hac vice) | Las Vegas, Nevada 89118 |
| Kara M. Wolke, Esq. (pro hac vice) | *Attorneys for Defendants* |
| GLANCY PRONGAY & MURRAY LLP | *University Medical Center of Southern Nevada* |
| 1925 Century Park East, Suite 2100 | *And John Espinoza* |
| Los Angeles, California 90067 | |

David C. O'Mara, Esq.
Nevada Bar No. 8599
William M. O'Mara, Esq.
Nevada Bar No. 837
THE O'MARA LAW FIRM. P.C.
311 East Liberty Street
Reno, Nevada 89501

RAYMOND B. WALTON, ESQ, (pro hac)
LAW OFFICES OF RAYMOND B. WALTON
33811 Violet Lantern
Dana Point, California 92629

JOSEPH MOTT, ESQ.
REMPFER MOTT LUNDY, PLLC
10091 Park Run Drive, Ste. 200
Las Vegas, Nevada 89145
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 29, 2018.