ROBERT W. FREEMAN
Nevada Bar No. 3062
DANIELLE C. MILLER
Nevada Bar No. 9127
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*University Medical Center of Southern*
*Nevada and John Espinoza*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| DANIEL SMALL, CAROLYN SMALL. WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE, and LOUISE COLLARD, Individually, and on Behalf of All Other Persons Similarly Situated, | CASE NO. 2-13-cv-0298-APG - PAL |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO STAY AND PROPOSED BRIEFING SCHEDULE** |
| vs. | |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; a political subdivision of Clark County, State of Nevada, CLARK COUNTY, a political subdivision of the State of Nevada, and JOHN ESPINOZA, an individual. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED BETWEEN Plaintiffs DANIEL SMALL, CAROLYN SMALL, WILLIAM CURTIN, DAVID COHEN, LANETTE LAWRENCE, and LOUISE COLLARD, and Defendants UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA and JOHN ESPINOZA (collectively referred to as "the Parties") by and through their respective counsel, as follows:

On October 30, 2018, the Court granted the Parties' Stipulation to Extend Briefing Schedule regarding the Parties' Responses to the pending Motions for Summary Judgment. (ECF

No. 346).  Pursuant to such, the deadline to file Responses was extended to December 4, 2018. (*Id.*)

On November 5, 2018, Magistrate Leen granted Plaintiffs' Revised Application for Costs and Attorneys' Fees.  (ECF No. 347).  Pursuant to such, Magistrate Leen ordered UMC to pay Plaintiffs' attorneys' fees and costs by December 5, 2018.  (*Id.*)  The deadline to file an Objection to the Order granting Plaintiffs' Revised Application for Costs and Attorneys' Fees is November 19, 2018.

The Parties are engaged in settlement negotiations.  To facilitate continued settlement negotiations, the Parties hereby stipulate and agree that this matter be stayed for all purposes for sixty (60) days.

The Parties further stipulate and agree that upon the expiration of sixty (60) days, the Parties' shall have twenty-one (21) days to file Responses to the pending Motions for Summary Judgment.

The Parties further stipulate and agree that UMC shall have until December 3, 2018, to file an Objection to the Order granting Plaintiffs' Revised Application for Costs and Attorneys' Fees. (ECF No. 347). Plaintiffs shall have fourteen (14) days upon the expiration of the sixty (60) day stay to file a response to UMC's Objection to the Order granting Plaintiffs' Revised Application for Costs and Attorneys' Fees.

Counsel for the Parties have met and conferred regarding an agreed stay; met and conferred regarding an extension of the briefing schedule for the Parties' Responses; and, met and conferred regarding an extension of the deadline to file an Objection to the Magistrate's Order granting Plaintiffs' Revised Application for Costs and Attorneys' Fees.

THEREFORE, the Parties hereby respectfully stipulate and request:

1.     That this matter be stayed sixty (60) days for all purposes.

2.     That upon the expiration of sixty (60) days, the Parties' shall have twenty-one (21) days to file Responses to the pending Motions for Summary Judgment.

3.     That UMC shall have an extension to December 3, 2018, to file an Objection to the Order granting Plaintiffs' Revised Application for Costs and Attorneys' Fees.


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4.      Plaintiffs shall have fourteen (14) days upon the expiration of sixty (60) day stay to file a response to UMC's Objection to the Order granting Plaintiffs' Revised Application for Costs and Attorneys' Fees.

IT IS SO STIPULATED.

DATED this 16th day of November, 2018.          DATED this 16th day of November, 2018.

__*Marc Godino*_____          __*Danielle C. Miller*_____

Jon A. Tostrud, Esq. (pro hac vice)          Robert W. Freeman, Esq.
Anthony Carter, Esq. (pro hac vice)          Nevada Bar No. 3062
TOSTRUD LAW GROUP          Danielle C. Miller, Esq.
1925 Century Parkway East, Suite 2125          Nevada Bar No. 9127
Los Angeles, California 90067          LEWIS BRISBOIS BISGAARD
          & SMITH LLP
Marc L. Godino, Esq. (pro hac vice)          6385 S. Rainbow Blvd, Suite 600
Kevin F. Ruf, Esq. (pro hac vice)          Las Vegas, Nevada 89118
GLANCY PRONGAY & MURRAY LLP          *Attorneys for Defendants*
1925 Century Park East, Suite 2100          *University Medical Center of Southern Nevada*
Los Angeles, California 90067          *And John Espinoza*

David C. O'Mara, Esq.
Nevada Bar No. 8599
William M. O'Mara, Esq.
Nevada Bar No. 837
THE O'MARA LAW FIRM. P.C.
311 East Liberty Street
Reno, Nevada 89501

RAYMOND B. WALTON, ESQ, (pro hac)
LAW OFFICES OF RAYMOND B. WALTON
33811 Violet Lantern
Dana Point, California 92629

JOSEPH MOTT, ESQ.
REMPFER MOTT LUNDY, PLLC
10091 Park Run Drive, Ste. 200
Las Vegas, Nevada 89145
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 20, 2018.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW