UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DANIEL SMALL, et al.,

    Plaintiffs,

v.

UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et al.,

    Defendants.

Case No. 2:13-cv-00298-APG-PAL

**ORDER (1) DENYING PENDING MOTIONS AND OBJECTION, AND (2) STAYING CASE**

(ECF Nos. 332, 333, 343, 350, 351)

The parties have filed a stipulation stating they have settled this case and requesting a 90-day stay to finalize their settlement. ECF No. 351. The stipulation does not explain whether the parties have a signed agreement, and why the parties need 90 days to "finalize" their settlement. Even if approval by the County Commission is needed, that usually can be done in 30-60 days. Therefore, at this time, a 90-day stay is not justified, but I will stay the case for 45 days. In addition, because the parties have settled their case, the pending motions and objection to Magistrate Judge Leen's order granting sanctions (ECF Nos. 332, 333, 343, 350, 350) will be denied without prejudice as moot.

IT IS THEREFORE ORDERED that the pending motions **(ECF Nos. 332, 333, 343)** and the defendants' objection to Magistrate Judge Leen's order **(ECF No. 350) are denied without prejudice as moot**.

IT IS FURTHER ORDERED that this case is stayed while the parties finalize their settlement. By **March 15, 2019**, the parties shall file either a stipulation to dismiss this case or a joint report explaining the status of settlement, why the settlement has not been finalized, and what remains to be completed to dismiss the case.

DATED this 29th day of January, 2019.

                                        ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE