# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Daniel Small, et al.

          Plaintiff,

v.

University Medical Center of Southern Nevada, et al.

          Defendant.

JUDGMENT IN A CIVIL CASE
for ATTORNEY FEES

Case Number: 2:13-cv-00298-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the Plaintiffs and against the Defendants as follows:

Plaintiffs' Counsel attorneys' fees in the amount $1,214,107.00 plus the previously awarded $570,885.00 Sanction Award, and reimbursement of Plaintiffs' Counsel's reasonable out-of-pocket expenses in the amount of $603,728.39 in addition to approving the $13,500 in claims administration expenses.

5/29/2019
Date

DEBRA K. KEMPI
Clerk

/s. A. Reyes
Deputy Clerk